IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff-Respondent, | § | |
| | § | |
| v. | § | Cr. No. C-01-360 (3) |
| | § | C.A. No. C-05-172 |
| SHAWN QUINTIN HEINAMAN | § | |
| | § | |
| Defendant-Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Shawn Quintin Heinaman's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 6th day of September 2005.

_____
Janis Graham Jack
United States District Judge